```
                                              FILED
         UNITED STATES DISTRICT COURT         JUL 1 9 2017
         FOR THE DISTRICT OF COLUMBIA
                                         Clerk, U.S. District & Bankruptcy
                                         Courts for the District of Columbia
```

Matthew Jones,                )
                              )
        Plaintiff,     )
                              )
v.                            )    Civil Action No. 17-1185 (UNA)
                              )
                              )
Joseph R. Biden,              )
                              )
        Defendant.     )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis* (IFP). Under the statute governing IFP proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff is a resident of Greenwood, Delaware, who has sued former Vice President Joe Biden. Plaintiff claims that "Matthew Jones is a sex slave's name." Compl. at 4. In the prolix complaint, he alleges horrid events throughout his life that appear to have begun in 1986 when allegedly the Delaware State Police took him from his parents and gave him to "Purnel and Linda C. Jones." *Id.* According to plaintiff Linda Jones, who appears as his mother on an alleged fraudulent birth certificate, "is a male-female who was born with Turner Syndrome and sterilized[.]" Compl. at 4. Plaintiff alleges that from birth to age 4, he "was hospitalized . . . on average, over 25 times for pedophilia, poisoning, and foul play," and that "[a]t Daycare" and "throughout my life," his friends have been killed "for being my friend." *Id.* The complaint continues in this largely sad and tragic manner.

1

Mr. Biden is not mentioned until page 26 of the Complaint. Plaintiff states that Biden "worked as a U.S. Senator for Delaware, throughout my entire life before becoming our U.S. Vice President." Plaintiff alleges that "[t]he many Off Duty Police Officers who lived as my legal father Purnel Jones contacted Sen. Biden repeatedly when he had custody of me every weekend in my youth and at other times." Compl. at 26. Plaintiff further alleges that he and presumably Jones met with Biden at restaurants and "attended games of UD Football and Hockey together[,]" but he adds that "[w]e sat in different parts of the stadium and arena together in relation to Joe R. Biden's Reserved Seats." *Id.* Plaintiff accuses his "pedophile legal father(s)" and then Senator Biden of setting him up when he was 13 years old, and he accuses Biden of other bizarre and wholly incredulous behavior. *Id.* at 27. Plaintiff concludes that he "met with VP Biden" on several occasions and "[h]e consistently made it transparently clear that he enjoyed and supported my slave status and thought that it should be for all children as it is/was for me." *Id.*

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint brought solely against former

Vice President Biden satisfies the foregoing standard; therefore, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: July 19, 2017

United States District Judge